

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*         *973-645-2700*
*Newark, New Jersey 07102*

November 11, 2025

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention:    Antigone Owens-Krefski, Deputy Clerk

          Re:     *United States v. Victor Madera*

Dear Ms. Owens-Krefski:

      Enclosed for assignment is an Information charging defendant Victor Madera with conspiracy to defraud the Supplemental Nutrition Assistance Program ("SNAP"), contrary to 7 U.S.C. § 2024(b), in violation of 18 U.S.C. § 371, and SNAP benefits fraud, in violation of 7 U.S.C. § 2024(b). The Information and cover sheet are enclosed.

                                            Very truly yours,

                                            TODD BLANCHE
                                            U.S. Deputy Attorney General

                                            ALINA HABBA
                                            Acting U.S. Attorney
                                            Special Attorney

                                              *s/ Katherine M. Romano*
                                  By:   Katherine M. Romano
                                            Assistant U.S. Attorney