# TURANO LAW

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 |
| TEL (917) 594-5666<br>FAX (917) 594-5667 | TEL (973) 648-6777<br>FAX (917) 594-5667 |

November 18, 2025

<u>Via ECF</u>
Honorable Robert Kirsh, U.S.D.J.
United States District Court Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

      Re: *United States v. Victor Madera*, 25-cr-711 (RK)

Dear Judge Kirsh:

      I represent Victor Madera in the above-referenced matter. This matter was scheduled for an initial appearance and plea hearing for November 25, 2025.

      I am currently on trial before the Honorable Madeline Cox Arleo in *United States v. Markell Brown*, 20-cr-864 (MCA), which I expect to continue through the first week of December. I am also going to be out of the country from December 8 through December 18, 2025.

      Accordingly, I request this matter be adjourned to a date after December 18, 2025.

      Respectfully,

      /s/ Stephen Turano

      Stephen Turano, Esq.

cc: All Counsel of Record